UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Carleen Adams and Andrew Adam,*　　　　　No. 3:12-cv-11401-DRH
*as parents and next friends of*
*Rachel Adams, a minor, v. Bayer*
*HealthCare Pharmaceuticals Inc., et al.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 12, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

　　　　　　　　　　　　　　　　JUSTINE FLANAGAN,
　　　　　　　　　　　　　　　　ACTING CLERK OF COURT

　　　　　　　　　　　　　　　　BY:　/s/*Caitlin Fischer*
　　　　　　　　　　　　　　　　　　Deputy Clerk

**Dated:** June 16, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.16
18:53:52 -05'00'

**APPROVED:**
　　**CHIEF JUDGE**
　　**U. S. DISTRICT COURT**